**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00997-CR
No. 05-13-00998-CR

**CODY BRIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-23970 and F12-23977**

## ORDER

We **GRANT** appellant's December 3, 2014 request for oral argument. The causes are set

for oral argument at 9:00 a.m. on December 17, 2014.

/s/    ADA BROWN
        JUSTICE